# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 1, 2008

Clifford W. Taylor,
Chief Justice

136923
& (19)(20)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MACOMB TOWNSHIP,
   Plaintiff-Appellee,

v

           SC: 136923
           COA: 286640
           Macomb CC: 95-004372-CZ

RONALD MICHAELS and
DOLORES MICHAELS,
   Defendants-Appellants.

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 21, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay pending appeal is DENIED as moot.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 1, 2008                  
                    Clerk

l0729